**Order entered July 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00477-CV

## IN THE INTEREST OF Z.C.S., A CHILD

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-12-2032**

## ORDER

By order dated June 13, 2014, the Court struck Father's brief filed on May 30, 2014, granted counsel's May 30, 2014 motion to withdraw, and directed the Clerk to remove John Hunter Smith as Father's attorney of record. In the same order, we ordered the trial court to appoint new counsel to represent Father in this appeal. On July 3, 2014, the Court received a supplemental clerk's record containing a June 16, 2014 order appointing Lacinda Brese-Lebron as appellate counsel for Father. The supplemental clerk's record also contains a June 16, 2014 order appointing J. Richard Dunn as appellate counsel for Mother.

The Clerk of the Court is **DIRECTED** to designate (1) Lacinda Brese-Lebron as appellate counsel for Father; and (2) J. Richard Dunn as appellate counsel for Mother. Appellants' briefs shall be filed on or before **JULY 31, 2014**.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE